CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB -9 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

**SEALED**

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
FEBRUARY 2006 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:06CR13 |
| | ) | |
| v | ) | **SEALED INDICTMENT** |
| | ) | |
| CARLOS ANDRE SMITH | ) | **In Violation of:** |
| | ) | |
| | ) | Title 21, U.S.C., §841(a)(1) |
| | | Title 21, U.S.C., §844 |
| | | Title 18, U.S.C., §922(g)(1) |
| | | Title 18, U.S.C., §924(e) |

## COUNT ONE

The Grand Jury charges:

1. That on or about January 28, 2004, in the Western Judicial District of Virginia, the defendant, CARLOS ANDRE SMITH, did knowingly and intentionally distribute a measurable quantity of a mixture or substance containing cocaine powder, a Schedule II narcotic controlled substance.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C)

## COUNT TWO

The Grand Jury charges:

1. That on or about October 14, 2005, in the Western Judicial District of Virginia, the defendant, CARLOS ANDRE SMITH, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce, after he had previously been convicted of a crime punishable by more than one year imprisonment.

2. In violation of Title 18, United States Code Section 922(g)(1) and 924(e).

## COUNT THREE

The Grand Jury charges:

1. That on or about October 14, 2005, in the Western Judicial District of Virginia, the defendant, CARLOS ANDRE SMITH, did knowingly and intentionally possess a measurable quantity of a mixture or substance containing cocaine base, a Schedule II narcotic controlled substance.

2. In violation of Title 21, United States Code Section 844.

A TRUE BILL this 9th day of February, 2006.

*Dewey Tyree*
FOREPERSON

*John L. Brownlee*
JOHN L. BROWNLEE
UNITED STATES ATTORNEY

SEALED COPY

AO 442 (Rev 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V.
CARLOS ANDRE SMITH

**WARRANT FOR ARREST**

CASE NUMBER: 706CR00013

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Carlos Andre Smith_____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

PWID a measurable quantity of Cocaine HCL.
Possession of a Firearm by a Felon
Possession of Cocaine Base.

in violation of Title 21    United States Code, Section(s)   841(a)(1) and 844
                   18                                         922(g)(1) and 924(e)

James Turk
Name of Issuing Officer

Signature of Issuing Officer

Senior U.S. District Court Judge
Title of Issuing Officer

2/9/2006 in Roanoke, Virginia
Date and Location

Bail fixed at _____ by _____
                                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |